# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00353-CV
NO. 03-11-00367-CV
NO. 03-11-00375-CV

**In re Floyd Pleasant Tarvin IV**

**ORIGINAL PROCEEDINGS FROM TRAVIS COUNTY**

## M E M O R A N D U M   O P I N I O N

Relator Floyd Pleasant Tarvin IV filed several petitions for writ of mandamus, all complaining of difficulty getting hearings set in his underlying lawsuits. *See* Tex. R. App. P. 52.8. Since Tarvin filed his petitions, the trial court has held a hearing on all three cases, essentially granting Tarvin the relief he sought via mandamus. We therefore dismiss the petitions for writ of mandamus as moot.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed: November 9, 2011